IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORTEVA AGRISCIENCE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1046 (GBW) |
| | ) |
| MONSANTO COMPANY and BAYER CROPSCIENCE LP, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS MONSANTO COMPANY AND BAYER CROPSCIENCE LP'S**
**FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendants Monsanto Company and Bayer CropScience LP hereby state as follows:

1. Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer CropScience LP is an indirect, wholly-owned subsidiary of Bayer AG.

3. Bayer AG is a publicly held German stock company. No person or entity owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com
  *Attorneys for Defendants Monsanto*
  *Company and Bayer CropScience LP*

OF COUNSEL:

Dov P. Grossman
Alexander S. Zolan
Jessica Palmer Ryen
Min Kyung Jeon
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000

September 30, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 30, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Chad S.C. Stover, Esquire<br>BARNES & THORNBURG LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Corteva Agiscience LLC* | *VIA ELECTRONIC FILING* |
| Michael J. Flibbert, Esquire<br>Pier D. DeRoo, Esquire<br>Rachael P. Dippold, Esquire<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>*Attorneys for Plaintiff Corteva Agiscience LLC* | *VIA ELECTRONIC FILING* |

*/s/ Rodger D. Smith II*

---

Rodger D. Smith II (#3778)