
**BARNES & THORNBURG** LLP

222 Delaware Avenue, Suite 1200
Wilmington, DE 19801-1611 U.S.A.
(302) 300-3434
Fax (302) 300-3456

www.btlaw.com

Chad S.C. Stover
Partner
(302) 300-3474
chad.stover@btlaw.com

December 22, 2022

**VIA CM/ECF**
The Honorable Gregory B. Williams
United State District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3570

   Re: *Corteva Agriscience LLC v. Monsanto Company, et al.*
     C.A. No. 22-1046 (GBW)

Dear Judge Williams:

  Although the Court has not set a Scheduling Conference in the above-referenced matter, at Plaintiff's request, the parties have prepared the attached proposed Scheduling Order. Plaintiff requests that a Scheduling Conference be held as soon as practicable since Defendants have taken the position that they have no obligation to produce their core technical documents (that Corteva believes were due on December 14, 2022) until 30 days after a Rule 16 conference has occurred.

  Defendants submit that the Scheduling Conference in this non-ANDA patent case can take place in the ordinary course at the Court's convenience, and note that the patent-in-suit is subject to a third-party reexamination request at the U.S. Patent & Trademark Office (not filed by Defendants) for which a decision can be expected no later than February 20, 2023, and that it might make sense to hold a Scheduling Conference after a decision on that reexamination request. As for Defendants' core technical documents, Defendants note that, under Paragraph 4 of the Delaware Default Standard for Discovery, the timing is such disclosures is in relation to the Scheduling Conference, and further note in any event that Plaintiff's November 14, 2022 submission was incomplete, as it did not contain a damages model.

  Plaintiff disagrees with delaying the Scheduling Conference because the pending decision only concerns whether to begin a reexamination proceeding, and the only proposed rejection is for obviousness-type double patenting, which can be overcome at any time with a terminal disclaimer.

  The parties' proposed Scheduling Order follows the Court's form order, except that:

  (1) the parties agree to exchange Rule 26(a)(1) initial disclosures ten days (rather than five days) after entry of the proposed Scheduling Order (¶ 1);

  (2) the parties have specified that depositions of expert witnesses are excluded from the hours limitation on deposition discovery (¶ 4(e)(i));

The Honorable Gregory B. Williams
December 22, 2022
Page 2

(3) the parties agree to submit a joint letter to the Court no later than the date of their Joint Claim Construction Brief (rather than Defendants' Answering Claim Construction Brief), notifying the Court (i) whether they request leave to present testimony at the hearing; and (ii) the amount of time they are requesting be allocated to them for the hearing (¶ 10);

(4) the parties agree to include deadlines related to the potential that Defendants will rely on an advice of counsel defense to indirect infringement/willful infringement (¶ 13).

The parties' competing scheduling proposals are set forth in brackets in the proposed Scheduling Order, and disputes are summarized in the chart below. The parties' Scheduling Order disputes are limited to differences in proposed deadlines, except that the parties dispute (1) whether depositions of the inventors of the patent-in-suit should be limited to 7 or 14 hours; and (2) Defendants dispute the timing and completeness of Plaintiff's disclosure of its Damages Model, which Plaintiff purports to have already served.

| EVENT | PLAINTIFF'S PROPOSED DEADLINES | DEFENDANTS' PROPOSED DEADLINES |
|---|---|---|
| Default Standard Paragraph 3 Initial Disclosures (¶ 1) | 10 days from entry of Scheduling Order | 30 days from entry of Scheduling Order |
| Filing of Joint Proposed Protective Order (¶ 15) | 10 days from entry of Scheduling Order | 30 days from entry of Scheduling Order |
| Plaintiff to Identify Accused Product(s) and Produce the File History for Each Asserted Patent (¶ 3(a)) | Plaintiff served its *Disclosure of Asserted Patent, Accused Products, and Damages Model* and produced the file history for the asserted patent on **November 14, 2022**<br><br>[Plaintiff disputes that the reasonable royalty damages model identified in its November 14, 2022 submission was incomplete.] | 30 days after Rule 16 Scheduling Conference<br><br>[Plaintiff's November 14, 2022 submission was incomplete.] |
| Defendants to Produce Core Technical Documents and Sales Figures for the Accused Product(s) (¶ 3(b)) | December 14, 2022 | 60 days after Rule 16 Scheduling Conference |
| Plaintiff to Provide Initial Infringement Chart(s) (¶ 3(c)) | January 13, 2023 | 90 days after Rule 16 Scheduling Conference |

BARNES & THORNBURG LLP

The Honorable Gregory B. Williams
December 22, 2022
Page 3

| Event | Plaintiff's Proposed Deadlines | Defendants' Proposed Deadlines |
|---|---|---|
| Defendants to Provide Initial Invalidity Contentions (¶ 3(d)) | February 12, 2023 | 120 days after Rule 16 Scheduling Conference |
| Exchange of List of Claim Terms and Proposed Constructions (¶ 8) | Friday, March 3, 2023 | Friday, September 15, 2023 |
| Respond to and Provide Proposed Constructions for Any Terms for which the Party Did Not Initially Provide a Construction (¶ 8) | Friday, March 17, 2023 | Friday, October 13, 2023 |
| Substantial Completion of Document Production (¶ 4(b)) | Friday, March 17, 2023 | Friday, September 8, 2023 |
| Joint Claim Construction Chart Due (¶ 8) | Friday, March 24, 2023 | Friday, October 20, 2023 |
| Deadline to Submit Technology Tutorial (¶ 7) | Friday, March 24, 2023 | Friday, October 20, 2023 |
| Interim Status Report on Discovery (¶ 11) | Friday, March 31, 2023 | Friday, September 29, 2023 |
| Plaintiff's Opening Claim Construction Brief (¶ 9) | Friday, April 7, 2023 | Friday, November 3, 2023 |
| Plaintiff to Provide Final Infringement Contentions (¶ 3(e)) | Friday, April 21, 2023 | Friday, April 19, 2024 |
| Deadline for Plaintiffs to Supplement Identification of All Accused Products (¶ 12) | Friday, April 21, 2023 | Friday, April 19, 2024 |
| Defendants to Provide Final Invalidity Contentions (¶ 3(f)) | Friday, April 21, 2023 | Friday, April 19, 2024 |
| Deadline for Defendants to Supplement Invalidity References (¶ 12) | Friday, April 21, 2023 | Friday, April 19, 2024 |
| Last Day to Join Other Parties and Amend Pleadings (¶ 2) | Friday, April 28, 2023 | Friday, February 15, 2024 |
| Defendants' Answering Claim Construction Brief (¶ 9) | Friday, April 28, 2023 | Friday, December 1, 2023 |
| Plaintiff's Reply Claim Construction Brief (¶ 9) | Friday, May 12, 2023 | Friday, December 22, 2023 |

The Honorable Gregory B. Williams
December 22, 2022
Page 4

| EVENT | PLAINTIFF'S PROPOSED DEADLINES | DEFENDANTS' PROPOSED DEADLINES |
|---|---|---|
| Defendants' Sur-Reply Claim Construction Brief (¶ 9) | Friday, May 26, 2023 | Friday, January 12, 2024 |
| Filing of Joint Claim Construction Brief (¶ 9) | Friday, June 2, 2023 | Friday, January 26, 2024 |
| Deadline to Request Leave to Present Testimony at Claim Construction Hearing and Inform Court of Time Needed for Hearing (¶ 10) | Friday, June 2, 2023 | Friday, January 26, 2024 |
| Fact Discovery Cut-Off (¶ 4(a)) | Wednesday, June 7, 2023 | Friday, April 19, 2024 |
| Hearing on Claim Construction (¶ 10) | Wednesday, June 28, 2023, or the earliest possible date thereafter | End of February, 2024 |
| Opening Expert Reports for Party Having Initial Burden of Proof (¶ 4(f)(i)) | Friday, August 11, 2023 | Friday, May 31, 2024 |
| Rebuttal Expert Reports (¶ 4(f)(i)) | Friday, September 8, 2023 | Friday, August 2, 2024 |
| Reply Expert Reports for Party Having Initial Burden of Proof (¶ 4(f)(i)) | Friday, September 29, 2023 | Friday, September 13, 2024 |
| Expert Discovery Cut-Off (¶ 4(f)(iii)) | Friday, October 27, 2023 | Friday, October 11, 2024 |
| Case Dispositive Motions (Opening Briefs) (¶ 13(a)) | Friday, November 17, 2023 | Friday, November 22, 2024 |
| Answering Case Dispositive Briefs (¶ 13(a)) | Friday, December 15, 2023 | Wednesday, December 18, 2024 |
| Reply Case Dispositive Briefs (¶ 13(a)) | Tuesday, January 9, 2024 | Thursday, January 16, 2025 |
| Deadline to File Proposed Voir Dire, Preliminary Jury Instructions, and Final Jury Instructions (¶ 20) | Thursday, April 25, 2024 | Thursday, May 8, 2025 |
| Deadline to File Joint Proposed Final Pretrial Order (¶ 19) | May __, 2024 | May __, 2025 |
| Pretrial Conference (¶ 19) | Monday, May 6, 2024 | Monday, May 19, 2025 |

The Honorable Gregory B. Williams
December 22, 2022
Page 5

| EVENT | PLAINTIFF'S PROPOSED DEADLINES | DEFENDANTS' PROPOSED DEADLINES |
| --- | --- | --- |
| Trial (¶ 21) | Mid- to late May 2024 | Late May 2025 |

Respectfully submitted,

Chad S.C. Stover (No. 4919)

cc: Counsel of Record (via CM/ECF)

**BARNES & THORNBURG** LLP