

222 Delaware Avenue, Suite 1200
Wilmington, DE 19801-1611 U.S.A.
(302) 300-3434
Fax (302) 300-3456

www.btlaw.com

Chad S.C. Stover
Partner
(302) 300-3474
chad.stover@btlaw.com

January 6, 2023

**Via CM/ECF**
The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801-3555

  Re: *Corteva Agriscience LLC v. Monsanto Company, et al.*
     C.A. No. 22-1046-GBW

Dear Judge Williams:

  Pursuant to Your Honor's Oral Order setting a Rule 16(b) scheduling conference (D.I. 20), the Court and counsel may use the following dial-in number and conference code for the Rule 16(b) telephone conference scheduled in this matter for Tuesday, January 10, 2023 at 10:00 a.m.

    Dial-in number: 888-857-3844
    Participant's conference code: 300-347-4786

             Respectfully submitted,

             Chad S.C. Stover (No. 4919)

cc: Counsel of Record (via CM/ECF)