IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORTEVA AGRISCIENCE LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-1046 (GBW) ) |
| MONSANTO COMPANY and BAYER CROPSCIENCE LP, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Corteva Agriscience LLC ("Corteva") and Defendants Monsanto Co. and Bayer CropScience LLC (f/k/a Bayer CropScience LP) (collectively, "Bayer") hereby stipulate and agree that Corteva's action against Bayer, including all claims and defenses asserted by Corteva against Bayer and all claims and defenses asserted by Bayer against Corteva, are hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

| BARNES & THORNBURG LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Chad S.C. Stover* | */s/ Derek J. Fahnestock* |
| Chad S.C. Stover (#4919) | Rodger D. Smith II (#3778) |
| 222 Delaware Avenue, Suite 1200 | Derek J. Fahnestock (#4705) |
| Wilmington, DE 19801 | 1201 North Market Street |
| 302-300-3474 | P.O. Box 1347 |
| cstover@btlaw.com | Wilmington, DE 19899 |
|   *Attorneys for Plaintiff* | (302) 658-9200 |
|   *Corteva Agriscience LLC* | rsmith@morrisnichols.com |
| | dfahnestock@morrisnichols.com |
| | *Attorneys for Defendants Monsanto Co. and Bayer CropScience LLC (f/k/a Bayer CropScience LP)* |

January 16, 2026

2

**SO ORDERED** this _____ day of _____ 2026.

_____
United States District Judge